USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2023R06648

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *May 15, 2025*

Nathan Ochsner, Clerk of Court

No. **4:25-cr-00254**

Judge: **Ellison**

ATTORNEYS:

**NICHOLAS GANJEI, USA**          **(713) 567-9000**

Justin R. Martin, AUSA          (713) 567-9000

UNITED STATES of AMERICA

vs.

RODERICK POLK a/k/a "Prime,"

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Cts. 1-3: Possession with Intent to Distribute and Distribution of Methamphetamine [ 21 USC §§ 841(a)(1) and (b)(1)(C)]

Ct. 4: Possession with Intent to Distribute and Distribution of Methamphetamine [21 USC §§ 841(a)(1) and (b)(1)(B)]

**PENALTY:** Cts. 1-3; NMT 20 years' imprisonment, NMT $1,000,000.00 fine, NLT 3 years' supervised release.
Ct. 4: NLT 5 years' imprisonment, NMT 40 years' imprisonment, NMT $5,000,000.00 fine, NLT 4 years' supervised release.

☐ In Jail

☐ On Bond

☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: